1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

11   SCOTT MANGUM,                    Case No. ED CV 20-00854-SB(AS)

12                  Plaintiff,        **ORDER ACCEPTING FINDINGS,
                                      CONCLUSIONS, AND**
13         v.                         **RECOMMENDATIONS OF UNITED
                                      STATES MAGISTRATE JUDGE**
14   KILOLO KIJAKAZI, Acting
     Commissioner of Social
15   Security,

16
                    Defendant.
17

18

19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the

20   Complaint, all the records herein, and the attached Report and

21   Recommendation of United States Magistrate Judge to which no

22   objections were filed. Accordingly, the Court concurs with and

23   accepts the findings and conclusions of the Magistrate Judge.

24

25       **IT IS ORDERED** that (1) the Report and Recommendation is

26   accepted and adopted as the Findings of Fact and Conclusions of

27   Law herein; (2) the decision of the Administrative Law Judge is

28   vacated; and (3) the matter is remanded to the Social Security

Administration for further administrative action consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

Dated:  October 18, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge