JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SCOTT MANGUM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. ED CV 20-00854-SB(AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is vacated, and the matter is remanded to the Social Security Administration for further proceedings consistent with the Court's Order.

3

```
 1 │ Dated:   October 18, 2021
 2 │
 3 │                                    _____
 4 │                                        Stanley Blumenfeld, Jr.
   │                                      United States District Judge
```

4