**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| SCOTT MANGUM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 20-00854-SB(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the the parties' stipulation for award of Attorney's Fees and Costs pursuant to the Equal Access to Justice Act ("EAJA") (28 U.S.C. section 2412(d)(1)(A)), and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of

Law herein; (2) the Plaintiff's motion for attorney's fees under EAJA is granted in part: Plaintiff is awarded $13,000 in attorney's fees; Plaintiff's request for costs is denied; and (3) Defendant is directed to determine whether the EAJA award is subject to any offset permitted under the United States Department of the Treasury's Offset Program, and if the fees are not subject to an offset, cause payment of fees to be made directly to Plaintiff's counsel pursuant to the assignment of fees executed by Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

Dated:  February 24, 2022

Stanley Blumenfeld, Jr.
United States District Judge